158 P.3d 279

# SUPREME COURT OF HAWAI'I

State v. Deryke.................. 27259      05/18/2007  Denied        113 Hawai'i 120,
                                                                      148 P.3d 1222